| UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA | ORDER SETTING CONDITIONS OF RELEASE AND APPEARANCE BOND | DATE 12/21/2016 | CASE NUMBER 3-16-71674-SC |
|---|---|---|---|
| **NAME OF DEFENDANT** Deborah Kelley | | **ADDRESS OF DEFENDANT** 11 Scenic Ave, Piedmont, CA | **TELEPHONE NUMBER** (510) 547-5452 (cell) (510) 604-6046 |
| **NAME OF SURETY** | **RELATIONSHIP TO DEFENDANT** | **ADDRESS OF SURETY** | **TELEPHONE NUMBER** |
| **NAME OF CUSTODIAN (Surety)** LARRY Kelley | **RELATIONSHIP TO DEFENDANT** husband | **ADDRESS OF CUSTODIAN** 11 Scenic Ave. Piedmont | **TELEPHONE NUMBER** (510) 604-6046 (cell) |
| **AMOUNT OF BOND** $500,000 ☑ UNSECURED ☐ SECURED BY $ | ☐ DEPOSIT RECEIVED RECEIVED FROM: | **OTHER SECURITY POSTED** TO BE POSTED BY: | **TIME/DATE OF NEXT APPEARANCE** 1/4/17 @ 10:30 AM SDNY 40 Foley Sq. Rm 706 | **COURTROOM/JUDGE** J. Paul Oetken |

## CONDITIONS OF RELEASE AND APPEARANCE

Defendant is subject to each condition checked.

☒ Defendant shall appear at all proceedings as ordered by the Court and shall surrender for service of any sentence imposed.
☒ Defendant shall not commit any federal, state, or local crime.
☒ Defendant shall not harass, threaten, intimidate, injure, tamper with, or retaliate against any witness, victim, informant, juror, or officer of the Court, or obstruct any criminal investigation. See 18 U.S.C. 1503, 1510, 1512, and 1513, on reverse side.
☒ Defendant shall not travel outside the Northern District of California, that is, these counties; Alameda, Contra Costa, Del Norte, Humboldt, Lake, Marin, Mendocino, Monterey, Napa, San Benito, San Francisco, San Mateo, Santa Clara, Santa Cruz, and Sonoma. See map on reverse side. Travel also Defendant allowed to travel to S.D.N.Y. for court appearances (and E.D.N.Y.) allowed to E.D. Cal.
☒ Defendant shall report in person immediately upon release and thereafter as directed to Pretrial Services in ~~San Francisco~~ Oakland
See addresses and telephone numbers on reverse side.
☒ Defendant shall surrender all passports and visas to Pretrial Services by 12/23/2016 and shall not apply for any passports or other travel documents.
☒ Defendant shall not possess any firearm, destructive device, or other dangerous weapon.
☐ Defendant shall remain in the custody of custodian _____ at _____, who agrees to supervise him/her and to report any violation of a release condition to Pretrial Services. A custodian who fails to do so may be prosecuted for contempt.
☐ Defendant shall participate in (drug) (alcohol) (mental health) counseling, and submit to (drug) (alcohol) testing, as directed by Pretrial Services.
☒ Defendant shall not use alcohol to excess and shall not use or possess any narcotic or other controlled substance without a legal prescription.
☐ ~~The Defendant shall maintain current verifiable employment, or if unemployed the defendant shall seek employment or commence an educational program as directed by Pretrial Services.~~
☐ Defendant shall submit to a warrantless search of his/her person, place of residence and vehicle at the direction of Pretrial Services.
☒ Defendant shall have no contact with any co-defendant out of the presence of counsel.
☒ Defendant shall not change residence without prior approval of Pretrial Services.
☐ Defendant shall comply with the following curfew: _____ to _____.
☐ Defendant shall be subject to electronic or voice track monitoring. Defendant may leave home for the purpose of _____
☐ Defendant must ☐ reside in Halfway House _____  ☐ participate in Residential Treatment _____
☐ The following conditions also apply:

Second security should appear and sign by Jan. 6, 2017.

Defendant shall contribute to the cost of services provided by Pretrial Services as directed by Pretrial Services.

## CONSEQUENCES OF DEFENDANT'S FAILURE TO OBEY CONDITIONS OF RELEASE

Payment of the full amount of this bond shall be due forthwith, and all cash or property posted to secure it shall be forfeited. Judgment may be entered and executed against defendant and all sureties jointly and severally.
An arrest warrant for defendant shall issue immediately, and defendant may be detained without bail for the rest of the proceedings.
Defendant shall be subject to consecutive sentences and fines for failure to appear and/or for committing an offense while on release. See 18 U.S.C. 3146 and 3147, on reverse side.
We, the undersigned, have read and understand the terms of this bond and acknowledge that we are bound by it until duly exonerated.

SIGNATURE OF DEFENDANT: Deborah Kelley
SIGNATURE(S) OF SURETY(ies): [signatures]
SIGNATURE OF CUSTODIAN: Deborah Kelley

THIS ORDER AUTHORIZES THE MARSHAL TO RELEASE DEFENDANT FROM CUSTODY.
SIGNATURE OF MAGISTRATE JUDGE: Jacqueline Scott Corley   DATE: 12-21-16

1-CLERK OF COURT-WHITE COPY    Jacqueline Scott Corley
                                United States Magistrate Judge

[FILED stamp: DEC 21 2016, SUSAN Y. SOONG, CLERK, U.S. DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA]